**Harry O. SKAGGS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 29579.**

Court of Criminal Appeals of Texas.

Feb. 19, 1958.

W. T. Link, Clarendon, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for the felony offense of drunken driving, with punishment assessed at six months' confinement in jail and a fine of $500.

No sentence accompanies the record.

 A sentence is necessary in ordinary felony cases for the jurisdiction of this court over an appeal. Art. 769, Vernon's Ann.C.C.P., Note 3; Miller v. State, 159 Tex.Cr.R. 317, 263 S.W.2d 778; Aguirre v. State, Tex.Cr.App., 271 S.W. 2d 819.

The appeal is dismissed.